# Dream Mountain Ranch LLC
## Profit & Loss
### January 1 through October 24, 2017

|  | Jan 1 - Oct 24, 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Hunts | 1,500.00 |
| Misc Income | 10,570.00 |
| **Total Income** | 12,070.00 |
| **Expense** | |
| Advertising Expense | 293.25 |
| Bank Service Charges | 351.00 |
| CareTaker/Forman | 6,000.00 |
| Computer and Internet Expenses | 953.73 |
| Fertilizers and Lime | 119.19 |
| Gasoline, Fuel and Oil | 315.63 |
| Licenses | 835.00 |
| Office Supplies | 18.15 |
| Personal Expense | 1,779.89 |
| Professional Fees | 462.50 |
| Repairs and Maintenance | 4,055.03 |
| Utilities | 3,539.13 |
| Wedding Expenses | 498.62 |
| **Total Expense** | 19,221.12 |
| **Net Ordinary Income** | -7,151.12 |
| **Net Income** | -7,151.12 |