IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

DREAM MOUNTAIN RANCH, LLC　　　　　　　　　　Case No. 1:17-bk-01051
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　Debtor

## CERTIFICATE OF SERVICE

I, Nicole C. Johns, counsel to Robert L. Johns, Chapter 11 Trustee of Pin Oak Properties, LLC, hereby certify that service of the following were filed and served via ECF on October 5, 2018, and copies were mailed in properly stamped and addressed envelopes deposited in the United States mail on October 6, 2018, and October 7, 2018, respectively:

(1) *Motion of Chapter 11 Trustee of Pin Oak Properties, LLC to Surcharge Dream Mountain Ranch, LLC's Assets Pursuant to 11 U.S.C. § 506(c)* [ECF 117]; and

(2) Proposed *Order Granting Motion of Chapter 11 Trustee of Pin Oak Properties, LLC to Surcharge Dream Mountain Ranch, LLC's Assets Pursuant to 11 U.S.C. § 506(c)* [ECF 118].

**VIA ECF:**

- Aaron C. Amore — amorewvt@gmail.com, aca@trustesolutions.net; jackiewvt@gmail.com; annwvt@gmail.com
- David Lucas Fuchs — dfuchs@lampllaw.com
- David M. Jecklin — djecklin@gbbjlaw.com, lhelmick@gbbjlaw.com
- Robert L. Johns Trustee — rjohns@turnerjohns.com
- Todd Johnson — todd@jlawpllc.com, kasey@jlawpllc.com; jlawpllccmecfonly@gmail.com
- Travis Alan Knobbe — tknobbe@spilmanlaw.com
- Robert O. Lampl — rlampl@lampllaw.com, office@lampllaw.com
- Michael R. Proctor — mproctor@bowlesrice.com, lcrown@bowlesrice.com
- Steven A. Shay — Steven.A.Shay@usdoj.gov
- Robert Louis Shuman — rlshuman@reedershuman.com
- United States Trustee — ustpregion04.ct.ecf@usdoj.gov
- Debra A. Wertman — debra.a.wertman@usdoj.gov

4817-5519-1927.v1

**VIA U.S. MAIL:**

    Natalie Hoffman
    Keller Williams Rice Realty
    937 Welltown School Road
    Martinsburg, WV 25403

    Steven G. Williams
    Tetrick & Bartlett, PLLC
    1517 Mary Lou Retton Drive
    Fairmont, WV 26554

    Tara Noel Tighe
    1125 Chapline Street
    Federal Building, Suite 3000
    Wheeling, WV 26003

    Eric Michael Wilson
    WV State Tax Department
    1001 Lee St E
    Charleston, WV 25301

    Dietrich Steve Fansler
    3120 Fairway Drive
    Morgantown, WV 26508

    Raymond H. Yackel
    162 Chancery Row, Suite 2
    Morgantown, West Virginia 26505-5440

Dated: October 7, 2018
       Charleston, West Virginia

                                              */s/  Nicole C. Johns*
                                              William F. Dobbs, Jr. (WV State Bar No. 1027)
                                              Nicole C. Johns (WV State Bar No. 13000)
                                              JACKSON KELLY PLLC
                                              P.O. Box 553
                                              Charleston, WV 25322
                                              304-340-1090
                                              wdobbs@jacksonkelly.com
                                              nicole.c.johns@jacksonkelly.com
                                              *Counsel for the Robert L. Johns, Chapter 11 Trustee for*
                                              *the Bankruptcy Estate of Pin Oak Properties, LLC*

4817-5519-1927.v1